# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-039-RJC-DCK

| | |
|---|---|
| DAVID B. SHAEV PROFIT SHARING ACCOUNT, Individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> SNYDER'S-LANCE, INC., JEFFREY A. ATKINS, PETER P. BRUBAKER, C. PETER CARLUCCI JR., JOHN E. DENTON, BRIAN J. DRISCOLL, LAWRENCE V. JACKSON, JAMES W. JOHNSTON, DAVID C. MORAN, DAN C. SWANDER, ISAIAH TIDWELL, and PATRICIA A. WAREHIME, </br></br> Defendants. | ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) filed by Daniel K. Bryson, concerning Gloria Kui Melwani on February 5, 2018. Ms. Gloria Kui Melwani seeks to appear as counsel *pro hac vice* for Plaintiff, David B. Shaev Profit Sharing Account. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) is **GRANTED.** Ms. Gloria Kui Melwani is hereby admitted *pro hac vice* to represent Plaintiff, David B. Shaev Profit Sharing Account.

**SO ORDERED**.

Signed: February 5, 2018

David C. Keesler
United States Magistrate Judge